UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ART GRANT,

                              Plaintiff,

-against-

Detective RASHAN LACOSTE, Shield No. 2285; Detective PETER HOEFLINGER, shield No. 3870, Undercover Police Officer No. C-0075; Undercover Police Officer No. C-00251; Sergeant FRITZ GLEMAUD, Shield No. 3224; Detective VIRGIL CUMBERBATCH, Shield No. 5766; Detective VINCENT TIERNAN, Shield No. 21213; Police Officer GABRIEL ECHEVARRIA, Shield No. 28489; Undercover Police Officer No. C-0115; and Police Officers JOHN and JANE DOES 1 through 10 individually and in their official capacities, (the names John and Jane Doe being fictitious as the true names are presently unknown),

                              Defendants.

------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 Cv. 3547 (ENV) (LB)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Harvis, Wright, Saleem & Fett, LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6881

By: _____ 4-16-13
Gabriel P. Harvis
*Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants Lacoste,*
 *Hoeflinger, Glemaud, Cumberbatch,*
 *Tiernan, Echevarria & Undercover*
 *Officers C-075, C-251 & C-115*
100 Church Street, Rm. 3-180
New York, New York 10007

By: _____ 4/24/13
Wesley E. Burnan
*Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
      _____, 2013

_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

2