

**MICHAEL A. CARDOZO**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**WESLEY E. BAUMAN**
*Assistant Corporation Counsel*
Tel.: (212) 788-0517
Fax: (212) 788-9776
wbauman@law.nyc.gov

April 24, 2013

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    <u>Grant v. Lacoste, et al</u>
                  12 Cv. 3547 (ENV)(LB)

Your Honor:

       Enclosed herein for the Court's endorsement please find a fully executed Stipulation and Order of Dismissal.

       Respectfully submitted,

       /S/
       Wesley E. Bauman
       Assistant Corporation Counsel
       Special Federal Litigation Division

cc:    Gabriel P. Harvis, Esq. (via ECF)